NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAROL V. MAY,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

and

**DEPARTMENT OF VETERANS AFFAIRS,**
*Intervenor.*

---

2010-3085

---

Petition for review of the Merit Systems Protection Board in case no. PH0752080505-I-1.

---

ON MOTION

---

ORDER

The Merit Systems Protection Board and the Department of Veterans Affairs move for a 30-day extension of time, until August 25, 2010, to file their briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 15 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Dennis L. Friedman, Esq.
     Jeffrey A. Gauger, Esq.
     Jane W. Vanneman, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 15 2010

JAN HORBALY
CLERK